HALPERT ET AL. *v.* UDALL, SECRETARY OF THE INTERIOR.

No. 552. Decided January 18, 1965.

*Leo M. Alpert* for appellants.

*Solicitor General Cox, Roger P. Marquis* and *Herbert Pittle* for appellee.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

WINKLE *v.* BANNAN, WARDEN.

No. 553. Decided January 18, 1965.

*Walter A. Kurz* and *Dennis Boyle* for appellant.

*Frank J. Kelley,* Attorney General of Michigan, and *James R. Ramsey,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to strike excerpts from the motion to dismiss is denied. The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.